JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN KELLEHER, | Case No. **CV 10-832-JFW (VBKx)** |
| Plaintiff, | **JUDGMENT** |
| v. | |
| THE HERTZ CORPORATION, | |
| Defendant. | |

The Court, having granted the Defendant The Hertz Corporation's motion for summary judgment based on its determination that there was no genuine issue as to any material fact and that Defendant The Hertz Corporation was entitled to judgment as a matter of law on all claims for relief alleged against it,

IT IS NOW, THEREFORE, HEREBY ORDERED, ADJUDGED AND DECREED, that judgment is entered in this action as follows:

1.  Plaintiff Kevin Kelleher shall recover nothing from Defendant The Hertz Corporation;

2.  Defendant The Hertz Corporation shall have judgment in its favor on Plaintiff Kevin Kelleher's entire action; and

    3.   Defendant The Hertz Corporation shall recover from Plaintiff Kevin Kelleher its costs of suit in the sum of $_____.

The Clerk is ordered to enter this Judgment.

Dated: January 10, 2011

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

2